NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**J. STAR ENTERPRISES, INC.,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

_____

2024-1264

_____

Appeal from the United States Court of Federal Claims in No. 1:23-cv-00013-DAT, Judge David A. Tapp.

_____

**JUDGMENT**

_____

JASON R. ANDERS, Anders Law Firm, New Orleans, LA, argued for plaintiff-appellant.

COLLIN T. MATHIAS, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also represented by BRIAN M. BOYNTON, DEBORAH ANN BYNUM, PATRICIA M. MCCARTHY.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (TARANTO, HUGHES, and STARK, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

June 10, 2025
Date

Jarrett B. Perlow
Clerk of Court